UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FAST CORPORATION, LTD.,

               Plaintiff,

-against-

CHRONCILE LLC

               Defendants.

25-CV-10160 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

The Court understands that Defendant intends to file a renewed motion to dismiss the Amended Complaint. Accordingly, Defendant's original motion to dismiss (Dkt. 13) is DENIED as moot.

The Clerk of Court shall close Dkt. 13.

**SO ORDERED.**

_____
LORETTA A. PRESKA
Senior United States District Judge

April 6, 2026